IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  5:23-CR-241 (DNH) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| MARSHALL GODBOLD, | ) | Violation:  18 U.S.C. § 922(g)(1) [Possession of a Firearm by a Prohibited Person] |
| | ) | |
| | ) | 1 Count & Forfeiture Allegation |
| | ) | |
| Defendant. | ) | County of Offense:  Onondaga |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 21 2023
AT____ O'CLOCK____
John M. Domurad, Clerk  Syracuse

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Possession of a Firearm by a Prohibited Person]**

On or about March 28, 2023, in Onondaga County in the Northern District of New York, the defendant, **MARSHALL GODBOLD**, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting interstate and foreign commerce a firearm and ammunition, that is, a Coast to Coast Stores Model 267-C 12-gauge shotgun bearing serial number B178417 manufactured in Massachusetts, with five Winchester 12-gauge shotgun shells manufactured in either Illinois or Mississippi, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

The allegations contained in Court 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1, the defendant, **MARSHALL GODBOLD**, shall forfeit to the

United States, any firearm or ammunition involved in or used in any knowing commission of the offense of conviction, including, but not limited to:

    (1)    One Coast to Coast Stores Model 267-C 12-gauge shotgun bearing serial number B178417 manufactured in Massachusetts

    (2)    Five Winchester 12-gauge shotgun shells manufactured in either Illinois or Mississippi

Dated: June 21, 2023

A TRUE BILL,

*NAME REDACTED*

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: /s/ Jessica N. Carbone
Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490